# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0236
LT Case No. 2025-014443-CICI

———————————————

CHRISTOPHER D. MORGAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Christopher D. Morgan, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

June 4, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____